UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
:
NEW YORK ISLANDERS HOCKEY CLUB, L.P. :
:
                          Plaintiff, : **NOTATION OF DEFAULT**
:
:
       -against- : Civil No.: CV-07-2720 (JFB)WDW
:
:
HAVOC DISTRIBUTION, INC. :
:
                        Defendant. :
------------------------------------------------------------------x

     I, Robert C. Heinemann, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant, HAVOC DISTRIBUTION, INC., is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, NY
        October __, 2007

                                                  ROBERT C. HEINEMANN
                                                  Clerk of Court

                                                  By: _____
                                                       Deputy Clerk