UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
:
NEW YORK ISLANDERS HOCKEY CLUB, L.P.   :
:
Plaintiff,   :   **DEFAULT JUDGMENT**
:
:
-against-   :   Civil No.: CV-07-2720 (JFB)WDW
:
:
HAVOC DISTRIBUTION, INC.   :
:
Defendant.   :
------------------------------------------------------------------x

The summons and complaint in this action having been duly served on the defendant HAVOC DISTRIBUTION, INC. on July 9, 2007 and said defendant having failed to plead or otherwise defend in this action, and said default having been duly noted, and upon the annexed declaration of default judgment.

Now, on motion of Guararra & Zaitz, the attorneys for the plaintiff NEW YORK ISLANDERS HOCKEY CLUB, L.P., it is hereby:

ORDERED and ADJUDGED that the NEW YORK ISLANDERS HOCKEY CLUB, L.P., the plaintiff, does recover of HAVOC DISTRIBUTION, INC., the defendant, with its principal place of business located at 2544 Tarpley Road, Carrolton, Texas 75006, the sum of Seven Hundred Ninety Five Thousand Dollars ($795,000.00), the amount claimed, plus prejudgment interest from February 2007 on such amount at the rate of nine percent (9%) per annum from June 13, 2007 to the date of this judgment, for a total sum of $_____; and, that the plaintiff have execution therefor.

- 2 -

Dated: Central Islip, New York
 _____, 2007

                ENTERED:

                By: _____
                    CLERK OF THE COURT