UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

NEW YORK ISLANDERS HOCKEY CLUB, L.P.

                        Plaintiff,

     -against-                        Civil No.: CV-07-2720 (JFB)WDW

HAVOC DISTRIBUTION, INC.

                        Defendant.
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Michael Zaitz, hereby certify that a copy of the Request to Enter Default, the Notation of Default, and the proposed Default Judgment, has been served, this 5th day of October, 2007, by regular mail, upon:

HAVOC DISTRIBUTION, INC.
2544 Tarpley Road
Carrollton, Texas 75006
Defendant

by: Michael M. Zaitz (MZ3646)